Certificate Number: 17572-TXN-CC-041041471



17572-TXN-CC-041041471

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 1, 2026, at 10:23 o'clock AM PDT, Edgar Echemendia received from Dollar Learning Foundation, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 1, 2026            By:     /s/Hector Colon

Name:  Hector Colon

Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 17572-TXN-CC-041041471



17572-TXN-CC-041041471

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 1, 2026, at 10:23 o'clock AM PDT, Edgar Echemendia received from Dollar Learning Foundation, Inc., an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 1, 2026                    By:     /s/Hector Colon

Name:   Hector Colon

Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).