Certificate Number: 17572-TXN-DE-041108351

Bankruptcy Case Number: 26-42571



17572-TXN-DE-041108351

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2026, at 8:15 o'clock PM PDT, Edgar Echemendia completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   June 17, 2026                By:     /s/Benjamin E Wunsch

Name:   Benjamin E Wunsch

Title:   Counselor